*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

GURMEJ  SINGH
Plaintiff

Case No. 3:26-cv-00916

VS.
WARDEN, Jackson Parish Corr. Center;
Todd Lyons, Kristi Noem, Pamela Bondi
Defendant

**ORDER**

IT IS ORDERED that <u>Daljit K. Ghuman</u> be and is hereby admitted to the bar of

this Court pro hac vice on behalf of <u>Gurmej Singh</u> in the above-described action.

SO ORDERED on this, the  <u>24th</u>  day of March, 2026.

U.S. Magistrate Judge